TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00080-CV

In the Matter of M. C.

FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 340TH JUDICIAL DISTRICT

NO. C-99-0289-J, HONORABLE THOMAS J. GOSSETT, JUDGE PRESIDING 

PER CURIAM

 Appellant has filed a Motion to Dismiss. We grant appellant's motion and dismiss
the appeal. See Tex. R. App. P. 42.1(a)(2).

Before Chief Justice Aboussie, Justices Kidd and B. A. Smith

Dismissed on Appellant's Motion

Filed: June 22, 2000

Do Not Publish